THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DONALD B. WINSHIP, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*John W. Condon, Jr.,* for motion.

No one opposed.

Motion granted and case set down for argument during the October, 1955, session of the Court of Appeals.